BESSIE SMITH and Another, Appellants, v. JOHN LAZOS and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave

to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.